UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DANIA RAVELO, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ADVOCATE LANE LLC,<br><br>Defendant. | Case No. 0:25-cv-60846-DMM |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Dania Ravelo, hereby voluntarily dismisses this action without prejudice.

Dated: August 6, 2025

Respectfully submitted,

**GOLD LAW, PA**

*/s/ Christopher Gold*
Christopher Gold, Esq.
Florida Bar No. 088733
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2025, a true and correct copy of the foregoing document, and all accompanying documents, was filed through the Court's Electronic Case Filing (ECF) system, which automatically served a copy on all counsel of record via their registered email addresses.

*/s/ Christopher Gold*
Christopher Gold