UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60846-CV-MIDDLEBROOKS

DANIA RAVELO,

    Plaintiff,

v.

ADVOCATE LANE LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed August 6, 2025. (DE 5). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED AND ADJUDGED**:

(1) Plaintiff's claims in the above-styled action are **DISMISSED** without prejudice.

(2) The Clerk of Court shall **CLOSE** this matter and **DENY** all pending motions as moot.

(3) Except as otherwise agreed, the Parties shall bear their own costs and fees.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 7th day of August, 2025.

Donald M. Middlebrooks
United States District Judge